# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____

ELIZABETH KNIGHT,

   Plaintiff,

      v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

   Defendant.

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**
**(Unlawful Debt Collection Practices)**

## PLAINTIFF'S COMPLAINT

ELIZABETH KNIGHT, Plaintiff, through her attorneys, KROHN & MOSS, LTD., alleges the following against PORTFOLIO RECOVERY ASSOCIATES, LLC, Defendant:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Colorado, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Lakewood, Jefferson County, Colorado.

6. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector.

7. Defendant is a limited liability company with an office location in Norfolk, Virginia.

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. In or around the beginning of November of 2010, Defendant began placing collection calls to Plaintiff on her business line.

11. Upon information and belief, Defendant is attempting to collect on a consumer debt owed by a debtor that is unknown to Plaintiff.

12. Defendant places collection calls to Plaintiff's business number asking to speak with "Barbara," "Oscar," and others.

13. Plaintiff told Defendant that the number they are calling is her business number and that the people they have asked for cannot be reached at this number.

14. Defendant told Plaintiff that there are ten (10) people associated with her phone number.

15. Plaintiff repeatedly informed Defendant in subsequent conversations that this is her business line and told them to stop calling.

16. On or around December 28, 2010, Defendant left Plaintiff two voicemails, and Plaintiff returned both phone calls and told them to stop calling.

17. Despite the aforementioned, Defendant continues to place collection calls to Plaintiff.

18. Defendant calls Plaintiff from the following numbers: 205-588-8181, 757-961-3544, and 404-592-5171.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

19. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff, by calling her after repeatedly being told that they cannot reach the parties in question at her phone number, and after repeatedly being told to stop calling; and

    b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and/or continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, ELIZABETH KNIGHT, respectfully requests judgment be entered against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, for the following:

20. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, ELIZABETH KNIGHT, requests a jury trial in this case.


DATED:  February 17, 2011              KROHN & MOSS, LTD.

                                       By: /s/ Nicholas J. Bontrager
                                           Nicholas J. Bontrager, Esq.
                                           Krohn & Moss, Ltd.
                                           10474 Santa Monica Blvd., Ste. 401
                                           Los Angeles, CA 90025
                                           Ph: (323) 988-2400 x229
                                           Fx: (866) 802-0021
                                           nbontrager@consumerlawcenter.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

(STATE OF COLORADO)

Plaintiff, ELIZABETH KNIGHT, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, ELIZABETH KNIGHT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1/21/2011        *Elizabeth Knight*
                       ELIZABETH KNIGHT

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL                                5