**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:11-cv-00402-LTB

ELIZABETH KNIGHT,

    Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

    Defendant.

**NOTICE OF SETTLEMENT**

NOW COMES the Plaintiff, ELIZABETH KNIGHT, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED:  May 2, 2011                KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager
    Nicholas J. Bontrager, Esq.
    Krohn & Moss, Ltd.
    10474 Santa Monica Blvd., Ste. 401
    Los Angeles, CA 90025
    Ph: (323) 988-2400 x229
    Fx: (866) 802-0021
    nbontrager@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that on May 2, 2011, a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record including the following:

> Adrienne Rowberry
> Litigation Counsel
> 140 Corporate Boulevard
> Office of General Counsel
> Norfolk, VA 23502
> arowberry@portfoliorecovery.com

By: _____
Brooke Letterle
Paralegal