**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00402-LTB

ELIZABETH KNIGHT,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

       Defendant.
_____

**ORDER**
_____

      THIS MATTER having come before the Court on the Notice of Voluntary Dismissal (Doc 5 - filed June 14, 2011), and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:


                                      s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   June 15, 2011